UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

UNITED STATES OF AMERICA

       - v. -

FENG LING LIU,
VANESSA BANDRICH,
FENG LI,
SHURAN LIU,
   a/k/a "Harry,"
YUCHANG MIAO,
   a/k/a "David,"
SUNNY YANG,
    a/k/a "Ms. Yang,"
WEN TING ZHENG,
GUO QIN MIAO,
   a/k/a "Lillian," and
KEVIN LNU,

               Defendants.

------------------------------------------------

ORDER

12 Cr. 934

Upon the application of the United States of America by Harris Fischman, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, 12 Cr. 934, be unsealed.

Dated:  New York, New York
       December 18, 2012

_____
UNITED STATES MAGISTRATE JUDGE
Sarah Netburn

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 18 2012