# Ann R. Peters
Attorney at Law



**MEMO ENDORSED**

53 w Jackson Blvd., Suite 709
Chicago, IL 60604

Tel 312.583.9122
Fax 312.268.6153
annruthpeters@gmail.com

June 23rd , 2014

Hon. Judge Abrams, U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/14

RE: U Visa Certification due to cooperation (testimony) of Mr. Huai Guo WU in case # 12 Crim 934

Judge Abrams:

Mr. Huai Guo Wu recently testified in a hearing twice in your court against an attorney and her firm that convinced noncitizen clients to apply for asylum when they were not in fact eligible. She was convicted, and Mr. Wu, my client in immigration proceedings, would like to apply for a U-Visa as a victim of her crimes.

To do so, a law enforcement agency or Judge must certify that Mr. Wu was cooperative in the investigation of the crime. If his testimony was cooperative, as I believe it was, you as the Judge in the case may sign off on the form I-918 B which certifies that he possessed information and was helpful in the investigation of the crime by testifying in your court.

Further information on U Visas is attached here, published by the Department of Homeland Security (DHS) to help if you have any questions – and to provide context.

Enclosed is a form I-918 B Certification, which again, may be signed by a judge (see also attached Department of Homeland Security guidelines on U Visa Certification by law enforcement and judges alike) when a noncitizen is cooperative in a crime they have also been a victim of. I have drafted form I-918B and attached it here. If you prefer to fill the form anew, it is also available at www.uscis.gov, by following the hyperlink "forms" and scrolling down to I-918, I-918B. As no dispositions are yet available according to the Clerk at S.D.N.Y., I can send copies of those along when they become available if you prefer. The dispositions are not required, but I do usually send them when available, with requests to sign-off on the I-918B Certification.

# Ann R. Peters

Attorney at Law

Please call me with any questions. Thank you for your assistance in this matter.

I am reached at any time by phone at 815-252-8132.

Respectfully,
Ann Peters

Ann R. Peters
Attorney at Law
encl.

*This request may be made to the appropriate law enforcement agency.*

SO ORDERED:

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

6/30/14